BC

 FILED 11/6/2025 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

 GMC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY J. HALPERN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRESIDENT JOSEPH R. BIDEN JR. *et al.*,<br><br>　　　　Defendants. | CIVIL NO. 25-50461 |

# NOTICE OF DISMISSAL OF DOE DEFENDANTS (DOES 1-10,000) WITHOUT PREJUDICE

GREGORY J. HALPERN, Pro Se
11008 MORNING DOVE LANE
SPRING GROVE, ILLINOIS 60081
EMAIL: GREGHALPERN1@PROTON.ME
PHONE: (847)565-9732
FAX: (815)604-8075

- 2 -

To further streamline the pleadings and remove any perceived complexity impeding remand, Plaintiff **dismisses without prejudice** all **Doe Defendants 1–10,000**. (See complaint § "DOE DEFENDANTS," identifying placeholder roles subject to later amendment.) This dismissal is made as-of-right and does not affect claims against the named, non-Doe defendants.

**Respectfully submitted,**

GREGORY J. HALPERN, Pro Se
11008 MORNING DOVE LANE
SPRING GROVE, ILLINOIS 60081
EMAIL: GREGHALPERN1@PROTON.ME
PHONE: (847)565-9732
FAX: (815)604-8075

November 6, 2025

## CERTIFICATE OF SERVICE

I certify that on November 6, 2025, I filed the foregoing **NOTICE OF DISMISSAL OF DOE DEFENDANTS (DOES 1–10,000) WITHOUT PREJUDICE** with the Clerk of Court using CM/ECF, which will notify all counsel of record.

*/s/ Gregory J. Halpern*

GREGORY J. HALPERN, Pro Se
11008 MORNING DOVE LANE
SPRING GROVE, ILLINOIS 60081
EMAIL: GREGHALPERN1@PROTON.ME
PHONE: (847)565-9732
FAX: (815)604-8075