**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Western Division**

Gregory J. Halpern
Plaintiff,
v.
Jerome H Powell, et al.
Defendant.

Case No.: 3:25−cv−50461
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 2, 2025:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff Gregory Halpern has filed an amended complaint [29] in which he eliminates all federal claims and withdraws any federal officer defendants. Under the authority of Royal Canin U. S. A., Inc. v. Wullschleger, 604 U.S. 22, 25−26 (2025), this case is therefore remanded to the Circuit Court for McHenry County. The court reminds Mr. Halpern that if none of the named Defendants are Illinois citizens and at least $75,000 is at stake, the case will again be subject to removal to this court. See 28 U.S.C. § 1332. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.