UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
327 SOUTH CHURCH STREET
ROCKFORD, ILLINOIS 61101

**THOMAS G. BRUTON**
**CLERK**

January 8, 2026

**Clerk, Attention: Katherine M. Keefe**
**Circuit Court of McHenry County**
**2200 N. Seminary Ave**
**Woodstock, IL 60098**

Re: Halpern v. Powell et al

USDC No: 25 cv 50461

Circuit Court No: 2025 MR 000189

Dear Clerk:

A certified copy of an order entered on December 2, 2025 by the Honorable Rebecca R. Pallmeyer, remanding the above-entitled case back to the Circuit Court of McHenry County, Illinois is herewith transmitted to you for your files.

Sincerely,

Thomas G. Bruton, Clerk

By: /s/ Jaclyn Pieczkiewicz
Deputy-in-Charge